1/8/15

28,195-06

Abel Acosta
Court of Crim. Appeals Clerk
~~Supreme Court Bldg.~~
P.O. Box 12308
Capitol Station
Austin, Tx 78711

RE: Fred Munoz
Tr. Ct. No#: 13-298-A
WR-28,195-05

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk

Mr. Acosta,

This letter is just to notify your office, that I've been transferred to the Jester 3 Unit located at: Fred Munoz #1850640; Jester 3 Unit; 3 Jester Rd.; Richmond, Tx 77406. Please send all legal mail to my new address, Thank You.

Respectfully Submitted,
Fred Munoz